**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for
ANGELA BREAM,
GREG CATLETT,
GORDON CUMMINGS,
VERA GUION
MARY RODGERS, and
TINO VALENCIA,
SHARON HARRISON
MICHELLE BOWER and MICHELLE BOWER, as legal guardians for RANDY BOWER,
KARLA DIAZ and CELESTINO PAUL DIAZ, as legal guardians for FELIPE CANTRELL CERVANTES,

    Plaintiffs,
v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a THE MENTOR NETWORK, its successors and its assignees,
REM COLORADO, INC., its successors and assignees, and
JAN BLOSSER

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on defendants National Holdings, Inc. and REM Colorado, Inc.'s **Motion To Substitute Redacted Exhibits** [#1-35] filed May 17, 2010. The motion is **GRANTED**. Exhibits 3, 6, and 9, in defendants National Mentor Holdings, Inc., and REM Colorado, Inc.'s **Motion For Partial Dismissal of Fourteenth and Fifteenth Claims For Relief Pursuant to Fed.R.Cvi.P. 12(b)(6)** [#15] filed May 24, 2010, shall be **SUBSTITUTED** with the redacted versions of Exhibits 3, 6, and 9 in defendants National Holdings, Inc. and REM Colorado, Inc.'s **Motion To Substitute Redacted Exhibits** [#1-35] filed May 17, 2010.

    Dated: June 1, 2010

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.