IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream,
Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia
SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower
KARLA DIAZ and CELESTINO PAUL DIAZ, as legal guardian for Felipe Cantrell Cervantes,

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ THE MENTOR NETWORK, its successor
and its assignees
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

_____

## ORDER
_____

This matter arises on the **Plaintiffs' Motion to Stay Rule 12(b)(6) Proceedings Pending Disposition of Motion for Partial Remand or, in the Alternative, for an Unopposed Extension of Time to Submit a Rule 12(b)(6 ) Response** [Doc. # 34, filed 6/16/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED insofar as it seeks a stay. The plaintiffs shall respond to the pending motions to dismiss on or before **July 30, 2010**.

Dated July 16, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge