IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream,
Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia
SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower
KARLA DIAZ and CELESTINO PAUL DIAZ, as legal guardian for Felipe Cantrell Cervantes,

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ THE MENTOR NETWORK, its successor
and its assignees
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **August 18, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised proposed scheduling order and submit it to my chambers on or before **August 16, 2010**.

IT IS FURTHER ORDERED that a telephonic status conference is set for **August 11, 2010, at 8:30 a.m.**, to address scheduling issues and whether it is practicable to set this case for trial within 12 to 14 months from the date of removal. See REB Civ. Practice Standard IV.B.1.

The parties shall coordinate a conference call and join the court at the appropriate time by calling my chambers at 303-844-6408.

Dated July 20, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge