IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream,
Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia,
SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower, and
KARLA DIAZ and CELESTINO PAUL DIAZ, as legal guardian for Felipe Cantrell Cervantes,

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ The Mentor Network, its successor and its assignees,
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

---

## DISCLOSURE ORDER

---

This matter arises on **Defendants' Motion for Order Confirming That Defense Counsel May Conduct *Ex Parte* Witness Interviews of Plaintiffs' Treating Healthcare Providers** [Doc. # 74, filed 11/18/2010] (the "Motion"). I held a hearing on the Motion and took it under advisement. The Motion is GRANTED as specified.

This action is brought by the legal guardians of the following disabled persons: Angela Bream, Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers, Tino Valencia, Randy Bower, and Felipe Cantrell Cervantes (the "Wards").

The defendants seek leave to conduct *ex parte* interviews of certain of the Wards' health care providers subject to a disclosure order[1] entered pursuant to 45 C.F.R. § 164.512(e)(1)(i); Samms v. District Court, 908 P.2d 520, 524-29 (Colo. 1995); and Reutter v. Weber, 179 P.3d 977, 979 (Colo. 2007). Following the hearing, I allowed the plaintiffs an opportunity to identify any areas of health care where they claimed either (1) that there is residually privileged health care information or (2) that the health care information is not at issue in this case, is irrelevant, and should be excluded from the scope of this Disclosure Order. See Order [Doc. # 89] at p. 2. That opportunity notwithstanding, the plaintiffs have failed to identify any health care information that should be excluded.

Section 164.512(e)(1)(i), 45 C.F.R., provides that a covered entity may disclose protected health information without the written consent of an individual where the information is sought in connection with a judicial proceeding and "[i]n response to an order of a court . . . provided that the covered entity discloses only the protected health information expressly authorized by [the] order." This is a court order pursuant to 45 C.F.R 164.512(e)(1)(i) allowing the disclosure of health information without the written consent of the individual.

In Samms v. District Court, the Colorado Supreme Court held:

> When a patient initiates a civil action and by alleging a physical or mental condition as the basis for a claim of damages injects that issue into the case, the patient thereby impliedly waives his or her physician-patient privilege with respect to that medical condition.

---

[1] I adopt the reasoning of Judge Waxse in Brigham v. Colyer, 2010 WL 2131967 *2 (D. Kan. May 27, 2010), which distinguishes a disclosure of protected health information made in response to a court disclosure order pursuant to 45 C.F.R. § 164.512(e)(1)(i), on the one hand, from disclosure made in response to a subpoena, discovery request or other lawful process and subject to a qualified protective order pursuant to 45 C.F.R. § 164.512(e)(1)(ii), on the other hand.

> * * *
> [A] trial court has authority to permit a defense attorney to conduct
> informal interviews with a plaintiff's treating physicians in the
> absence of the plaintiff or the plaintiff's attorney about matters not
> subject to a physician-patient privilege so long as the plaintiff is
> given reasonable notice of such interviews to permit the plaintiff or
> the plaintiff's attorney to attend or to take other appropriate steps
> to ensure that privileged information will not be disclosed.

908 P.2d at 524, 529.

The Colorado Supreme Court further explained this holding in <u>Reutter v. Webber</u>:

> <u>Samms</u> did not create a blanket rule that a plaintiff is always
> entitled to attend an interview of a non-party medical provider.
> Instead, it held that the trial court should take appropriate measures
> to protect against the divulgement of residually privileged
> information, and that allowing the plaintiff to attend the interview
> is the preferred measure where there is a high risk that residually
> privileged information will be divulged.

179 P.3d at 979.

The defendants seek a disclosure order allowing them to conduct *ex parte* interviews of the Wards' health care providers identified on Exhibit A (the "Subject Providers") concerning all care provided to the Wards, or any of them, for the time period January 1, 2002, to the present. The plaintiffs concede that all care provided during that time period is relevant to the Wards' claims and have failed to identify any residually privileged information which should be excluded from the scope of this Disclosure Order.

The plaintiffs, as guardians, have placed the medical conditions of the Wards at issue by filing this action. I find that all health care provided to the Wards by the Subject Providers from January 1, 2002, to the present is relevant to the claims asserted or is reasonably calculated to lead to the discovery of admissible evidence, and is discoverable. I find that the Subject

Providers have no residually privileged information. Consequently, I find that there is no reason to allow the plaintiffs, their Wards, or their counsel to attend the defendants' interviews of the Subject Providers.

By filing the Motion, the defendants gave the Wards and their guardians reasonable notice of the interviews they intend to conduct. Also by filing the Motion, the defendants provided the Wards and their guardians with an opportunity to take appropriate steps--by resisting the Motion, filing a motion for protective order, or otherwise--to ensure that irrelevant or residually privileged information is not disclosed. The defendants have satisfied the notice obligation imposed by Samms, 908 P.2d at 526 (requiring that the plaintiff must be given reasonable notice of any proposed informal interviews).

This Order allows the defendants and their counsel to conduct *ex parte* interviews of the Subject Providers. The Subject Providers are not required to meet with or talk to the defendants or their counsel, however.

IT IS ORDERED that the Motion [Doc. # 74] is GRANTED as specified below:

(1) The Wards, through their guardians, have waived the physician-patient privilege with respect to any and all health care services provided to the Wards by the Subject Providers from January 1, 2002, to the present;

(2) Pursuant to 45 C.F.R 164.512(e)(1)(i), the Subject Providers are authorized, without the written consent of the Wards or their guardians, to disclose to defendants and their counsel the Wards' health information for the period January 1, 2002, to the present;

(3) The defendants and their counsel are authorized to conduct *ex parte* interviews of the Subject Providers, without the written consent of the Wards or their guardians, but the

Subject Providers are not required to meet with or talk to the defendants or their counsel;

(4) All health care information disclosed pursuant to this Disclosure Order is and shall be subject to the Protective Order [Doc. # 70]; and

(5) The defendants shall provide a copy of this Disclosure Order to each Subject Provider at least three days prior to interviewing the Subject Provider.

Dated December 22, 2010.

BY THE COURT:

*Boyd N. Boland*
United States Magistrate Judge

# EXHIBIT A TO DISCLOSURE ORDER

## Subject Providers

### Angela Bream

Charles Higgins, M.D. (PCP)
Lawrence Adams, M.D. (neurology)
Ruth Ryan, M.D.
John Robert Swenson, DPM (podiatry)
Debra Mascarenas (Goodwill)
Aginah DeBerry, D.O. (PCP)
Timothy Stacey, DDS, Dentist
Peter McIntyre, DDS, Dentist
Dr. McHugh, Hearing
Dr. Gehler, Vision
Mindy Siegel, M.D., Orthopedics
Dr. Wiertman, Endocrinologist
Sandra Yaney, RXN, MN, MPH
Dr. Robert Vogt

James Salbenblatt, MD
Jonathan P. Weston MD
Dr. Michael R. Bowen
Dr. Kelly H. Shimokusu
Dr. Kimble
Kinesa Lindner, LPN
Kipp Elaine Henning, DPM
Dr. Ferguson
Robert H. Gibbs, MD
Dr. Laura Kissell
Joyce Vernon, RN
Renee Barall-Inman, N.P.
Dr. Gregg, OB/Gyn

### Greg Catlett

Charles Higgins, M.D. (PCP)
Sean O'Donnell, M.D. (PCP)
Bhaktasharan Patel, M.D. (GI specialist)
Chuck Schoephoerster, PA
Peter McIntyre, DDS
Melissa Tada, OD
Michael Taravella, M.D.
John Robert Swenson, DPM (podiatry)
Dr. Cannon
Kip Elaine Henning, DPM
Lee Blatt, M.D.
Kim Green, LMT
Dave Benson, OTR
J. Maggie Mueller, OTR
Janice Stoddard, PT
Richard Loehr, M.D.
Richard Hartl, M.D.
Charles Webb, M.D.
Douglas Cross, M.D.
Karl Wolff, M.D.
Stacy O. Greenspan, D.O.
Steven Mohnssen, M.D.
Pratheep Arora, M.D.
W. Michael Pitman, M.D.
Dugard Taylor, M.D.

Karen Merrill, MSRD
Christi Clay, Psychiatrist
Anna Spurgeon
L. Cheryl Lambert
Acosto Vilacencia
Hennyon Marshall
Carolun Johnson, R.N.
J. West, R.N.
C. Heltern, R.N.
M. Murphy, R.N.
Neimyon Marks
D. Mercer, LPN
Shari Fiches, R.N.
Joyce Vernon, R.N.
Linda Schmitz
Karen Gobel, LPN
Meg Casey, R.N.
Mary Ann Stambaugh, PTA
Dr. Gifford
Gregory Collins, M.D.
Jonathan Velez, M.D.
Douglas Sharp, D.O.
Lynne Stempien, M.D.
Charles Wennogle, M.D.

# EXHIBIT A TO DISCLOSURE ORDER

## Subject Providers

### Gordon Cumming

Aginah DeBerry, M.D. (PCP)
Charles Higgins, M.D. (PCP)
Thomas Bowser, M.D. (neurology)
Dr. Peter A. McIntyre
Dr. Wahl
Dr. Hockensmith (Genitourinary)
John Robert Swenson, DPM (podiatry)
Dr. Gehler (Optometry)
Dr. Michelle L. Reamise (Optometry)
Dr. Newcomer (Cardiovascular)

Dr. Thomas Bower (Neurology)
Dr. Sickbert
Lisa Shurgot, SLP (Speech Therapy)
Joyce Vernon, R.N.
Shari Fiches, RN
C. Johnston, RN
Dr. McHugh (ears)
Dr. Phelps (follow-up on femur operation)
S. McCormick, NP (Emergicare for bronchitis)

### Mary Rodgers

Aginah DeBerry, M.D. (PCP)
Charles Higgins, M.D. (PCP)
Sandra Yaney, FNP
Melissa McGee
Sarah Owen
Jennifer Williams, M.S.
Dr. Westcott
Michelle Moran, M.D.
Mciej Oksiak, PT
David Wolf, M.D.
Larry Shores, M.D.
Natalie Hogan, M.D.
Bonnie Goetz

Jennifer Williams, M.S.
Melissa Megee
Dr. Westcott
Dola Dennis
Peter McIntyre, DDS
Michael Billingsly, DDS
Dr. Eric Medavilla
James Berwick, DDS
Michael Billingsly, DDS
Dr. Tim Reese
Debra Baker, APRN, CNP
Dr. Bhatti (neurosurgery)

### Tino Valencia

Ruth Ryan, M.D. (psychiatry)
Dr. Arthur Egelman
Charles Johnson, M.D. (PCP)
Laurence Lopez, M.D.

Michael Carrizal, D.O.
Mary Jo Dase
Peter McIntyre, DDS
Dr. Kulman (optometry)

### Felipe Cervantes

Sean O'Donnell, M.D. (PCP)
Michael Derose, D.D.S.
Dr. Gravbert
Robert L. Carlisle, M.D.
Michael DeRose, DDS
John Robert Swenson, DPM (podiatry)
Mindy J. Siegel
Dr. Melissa Tada
Laurence J. Cohen, D.O.
Marilyn J. Gifford, M.D.

Dr. Everson
Linda Schmitz
Joyce Vernon, R.N.
Karen A. Merrill
Richard B. Madsen, Ph.D., Clinical Psychologist
Richard E. Loehr, M.D.
Paul V. Connaughton, M.D.
Bruce Campbell

# EXHIBIT A TO DISCLOSURE ORDER

## Subject Providers

### Vera Guion

Aginah DeBerry, M.D. (PCP)
Dana Bennett, M.D. (PCP)
Scott F. Sickbert, M.D.
Karen Campbell, M.D. (PCP)
Dianne DeMallie, M.D. (psychiatry)
Ruth Ryan, M.D. (psychiatry)
Sandra Yaney, N.P.
Thomas Bowser, M.D. (neurology)
Erik Anderson, M.D.
Rick S. Pionkowski, M.D.
Colleen Eisman, R.N.
John E. Ho, M.D.
Deanne L. Veselka, M.D.
Dr. Melissa Tada
Dr. Tom Clyde (optometry)
Dr. Davidson
Dennis P. Driscoll, DDS
Peter McIntyre, DDS
Dr. Patel, M.D. (Gastroenterologist)
Melissa A. Tada, O.D. (Optometry)
Dr. Tom W. Clyde (Optometry)
Dr. C. Erik Anderson
Karen Merrill, MSRD
Dr. Jon Westcot
Dr. Harnish
Dr. Marilyn Warren
Dr. Chiquita L. Isom
Dr. Randolph Maul
Scott B. Woody, D.O.
Mary Theresa Cole
Diane Butler, OTR
Cari Vermillion, CNA
Dr. Scott F. Sickbert
MaryAnn Stambaugh, PTA

M. Bjork, M.D.
Karen Gobel, LPN
Lisa M. Bonwell, M.D. (Memorial Hospital, February 2008)
Dr. Evilser (Memorial Hospital, February 2008)
William B. Kimble (Memorial Hospital, February 2008)
C. Erik Anderson, M.D. (Memorial Hospital, February 2008)
Stacy Greenspan (Memorial Hospital, February 2008)
Paul Connaughton (Memorial Hospital, February 2008)
Karl Wolff (Memorial Hospital, February 2008)
Dr. Warren Goldstein (Memorial Hospital, February 2008)
Dr. Monte Golditch (Memorial Hospital, February 2008)
Dr. Joseph W. Ziegler (Memorial Hospital, February 2008)
David R. Steinbruner, MD
Dr. John E. Ho
Thomas Bowser
Dr. Mason B. Kates
Timothy W. Wyse
John R. Tyler, D.O.
Jeffrey W. Ross, M.D.
Douglas Shaeffer, M.D.
John Campbell, M.D.
Dr. Deanne L. Veselka
Angel Brock, RN
Jean Breem

# EXHIBIT A TO DISCLOSURE ORDER

## Subject Providers

### Randy Bower

Charles Higgins, M.D. (PCP)
Aginah DeBerry, M.D. (PCP)
Ed Schmitt, M.D. (PCP)
Roger Sung, M.D. (musculoskeletal)
Lawrence Adams, M.D. (neurology)
Sana Bhatti, M.D.
Peter McIntyre, DDS
Timothy Stacey, DDS
Dr. Eugene McHugh
Wallace Larson, M.D.
Michael Feign, M.D.
John Robert Swenson, DPM (podiatry)
Lisa Shurgot, SLP
Regina Donley, OT
Karen Merrill, MSRD
Dr. William Munson (endocrinology)
Dr. David Manchester (endocrinology)
Bhaktasharan Patel, M.D. (Gastroenterology)
Joseph Lemmons, M.D.
Phillip Gunther, M.D.
Robert Crowley, MA
Anthony Young
Joan Solis, QMRP
John Rodriquez
Kristen Nelson
Ramona Chaney
Carol Bemends
Mark Schomack, OTR
Herb Brockman
Linda Kehemeir
Don Thompson
Kelly Cooper
Brenda Sampson
Sary Hilty
Susan Duncanson
Carolyn DeSalvo
Karen Bartlett
Thomas Higginbotham, DO
C. Bartlett, M.D.

Lori McGavran, Ph.D. (Genetics)
Linda Schmitz
Meg Evans, OTR
Meg Casey, OTR
Joyce Vernon, R.N.
A. Spurgeon
Dorothy Bennett, R.N.
J. Renard
Mary Ann Stambaugh
Acosto Villacencia
Mary Ann Stambaugh, PTA
John Torrent, M.D.
Dorothy Bennett, R.N.
D.C. Mayes, M.D.
Bhaktasharan Patel, M.D.
Edward Schmitt, M.D.
Tammy Shields, M.D.
Charles Webb, M.D.
Mark Storm, M.D.
William Kimble, M.D.
Gregory Tietz
James Garland
Oscar Arguello-Rudin, M.D.
J. Patrick Stout, M.D., Pathology
Dr. Gossett
Patricia Fodor, M.D.
Harry Anderson, M.D.
David Ascarelli, M.D.
John Baer, M.D.
Randall Bjork, M.D.
Joseph Clark, M.D.
Mel Robinson, M.D.
Timothy Jamison, M.D.
Julie Kiley, M.D.
Jean Keane, M.D.
Dr. Evilsizer
Dr. Galloway
Richard Miller, M.D.
John Torrent, M.D.
Paul Safford, PAC
Tom Tafoya, M.D.

# EXHIBIT A TO DISCLOSURE ORDER

## Subject Providers

Richard Heitman, MD (Catlett)
William G. Herrera, MD (Catlett, Rodgers)
Charles Patrick Higgins, DO (Bower, Cumming)
Linnea C Hughes, PA (Bower)
Steven R Hughes, MD
Chiquita Isom, CFNP
Mark J. James, MD (Rodgers)
Douglas Jeffers, PA
Charles Johnson, DO (Valencia)
Dr. Jost (Catlett)
M Ben Kates, MD (Bream, Catlett, Rodgers)
Julie M Kiley, MD (Catlett, Cumming)
William K Kimble, MD
William F. Kinn, MD
Todd Knauf, PA (Bower)
Martin Kron, MD (Bream)
Mark Alan Levstik, DO
Michael Loew, MD (Catlett, Rodgers)
Lawrence Lopez, MD (Valencia)
Matthew A Lowery, MD
David K. Manchester, MD (Bower)
Cindy McCollom, PAC
Peter A. McIntyre, DDS
Dr. Munson (Bower)
Matthew T Murray, MD
Ruth Mize Myers, MD (Valencia, Guion)
Grace Nweke, MD
Dr. Sean C. O'Donnell (Catlett, Cervantes)
Herald Ostovar, MD (Rodgers)
Dr. Leticia M Overholt
Ashok R Patel, MD
Dr. Bhaktasharan Patel (Catlett, Guion)
Dernis A. Phelps, MD (Cumming)
Samuel Piedad Jr., MD (Bream)
Ronald L Rains, MD (Guion)
Tim Reese, OD
Linda Schmitz, MSPT (Bower)

Charles Schoephoerster, PA, MPH (Catlett, Cervantes)
Douglas W. Sharp, DO (Catlett)
Phillip Shriver, MD
Steven P Sloan, MD
Betty Sparks, WH-CNP
Dr. Donald Spradlin
Timothy F. Stacey, DDS (Bower, Bream)
Linda R. Sturtevant, MD
Dr. Sung (Bower)
Dr. J.R. Swenson
Melissa A. Tada, OD (Guion)
Gregory C Tietz, DO (Bower)
Gregory S Timm, MD
Jonathan A Velez, MD
Joyce E. Vernon, RN
Brock C. Vickery, MD
Richard Walsh, MD (Cumming)
Charles W. Webb, MD (Catlett, Rodgers)
Eric R. Weidman, MD (Catlett)
Sandra Yaney, RN (Bream, Guion)
Susan Zeller, MME, MT-BC