IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream,
Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia,
SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower, and
KARLA DIAZ and CELESTINO PAUL DIAZ, as legal guardian for Felipe Cantrell Cervantes,

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ The Mentor Network, its successor and its assignees,
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

_____

**ORDER**
_____

I am informed that all claims between plaintiffs Karla Diaz and Celestino Paul Diaz, as legal guardian for Felipe Cantrell Cervantes, and all defendants have been resolved, subject to the satisfactory fulfillment of two contingencies.  Accordingly,

IT IS ORDERED that on or before March 21, 2011, plaintiffs Karla Diaz and Celestino Paul Diaz, as legal guardian for Felipe Cantrell Cervantes, and all defendants shall file a stipulation of or motion to dismiss those claims with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated January 20, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge