**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for
ANGELA BREAM,
GREG CATLETT,
GORDON CUMMINGS,
VERA GUION
MARY RODGERS, and
TINO VALENCIA,
SHARON HARRISON
MICHELLE BOWER and MICHELLE BOWER, as legal guardians for RANDY BOWER,
KARLA DIAZ and CELESTINO PAUL DIAZ, as legal guardians for FELIPE CANTRELL CERVANTES,

     Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a THE MENTOR NETWORK, its successors and its assignees,
REM COLORADO, INC., its successors and its assignees, and
JAN BLOSSER

     Defendants.

**ORDER**

**Blackburn, J.**

     The matter is before me on the **Stipulation For Dismissal <u>With Prejudice</u> of All Claims By Karla Diaz and Celestino Paul Diaz, as Legal Guardian For Felipe Cantrell Cervantes, Against All Defendants** [#165] filed May 11, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that all claims by plaintiffs, Karla Diaz and Celestino Paul Diaz, as legal guardian for Felipe Cantrell Cervantes, against all defendants should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal <u>With Prejudice</u> of All Claims By Karla Diaz and Celestino Paul Diaz, as Legal Guardian For Felipe Cantrell Cervantes, Against All Defendants** [#165] filed May 11, 2011, is **APPROVED**;

2. That all claims by plaintiffs, Karla Diaz and Celestino Paul Diaz, as legal guardian for Felipe Cantrell Cervantes, against all defendants are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That plaintiffs, Karla Diaz and Celestino Paul Diaz, as legal guardian for Felipe Cantrell Cervantes, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated May 11, 2011, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       */s/ Robert E. Blackburn*
                                                       Robert E. Blackburn
                                                       United States District Judge