IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream,
Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia, and
SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower,

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ The Mentor Network, its successor and its assignees,
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Plaintiffs' Motion to Compel REM/Mentor to Provide Responsive Answers and Documents to First Set of Discovery Requests** [Doc. # 159, filed 5/2/2011] (the "First Motion to Compel");

(2)  **Plaintiffs' Motion to Compel REM/Mentor to Provide Responsive Answers and Documents to Second Set of Discovery Requests, and Request for Discovery Sanctions** [Doc. # 161, filed 5/3/2011] (the "Second Motion to Compel");

(3)  **Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motions to Compel** [Doc. # 169, filed 5/24/2011] (the "Motion for Extension") filed by defendants National Mentor and REM; and

(4)     **Plaintiffs' Combined (a) Motion for Leave to Supplement Motions to Compel, and (b) Proposed Supplement** [Doc. # 171, filed 5/25/2011] (the "Motion to Supplement").

By the Motion to Supplement, the plaintiffs seek to provide additional information in support of their two pending motions to compel (Docs. ## 159 and 161). The Motion to Supplement is opposed. By the Motion for Extension, National Mentor and REM request brief extensions of time to respond to the two motions to compel (Docs. ## 159 and 161). The Motion for Extension also is opposed.

Allowing motions to be supplemented raises several difficulties. First, supplemented motions are disjointed and more difficult to comprehend and rule on. Supplementation also frequently requires that I allow the responding party an opportunity to file a supplemental response, causing greater difficulty in comprehending the arguments. Here, where the responses are not yet due, it makes greatest sense to require the plaintiffs to file new motions containing all of the evidence and arguments they want to advance and to then require National Mentor and REM to file responses, avoiding supplementation altogether.

IT IS ORDERED:

(1)     The First Motion to Compel [Doc. # 159] and Second Motion to Compel [Doc. # 161] are DENIED without prejudice and may be renewed, on or before **June 1, 2011**, with the supplemental information the plaintiffs wish to provide;

(2)     The Motion to Supplement [Doc. # 171] is GRANTED as provided above; and

(3)     The Motion for Extension [Doc. # 169] is DENIED as moot.

Dated May 25, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge