IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream, Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia, and SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower,

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ The Mentor Network, its successor and its assignees,
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Consolidated Motion to Compel REM/Mentor to Provide Responsive Answers and Documents to Discovery Requests** [Doc. # 180, filed 5/27/2011] (the "Fourth Motion to Compel").

I previously denied without prejudice two motions to compel by the plaintiffs, after they sought leave to supplement them. In doing so, I noted the difficulties in ruling on supplemented motions, including that such motions are disjointed and difficult to comprehend. Now, in this Fourth Motion to Compel, the plaintiffs state that "[t]o minimize repetition, Plaintiffs incorporate by reference the facts set forth in their previous motion to compel." Fourth Motion to Compel [Doc. # 180] at p. 1. If I will not allow the supplementation of motions because of their disjointed nature, I certainly will not allow the incorporation by reference of other filings.

IT IS ORDERED that the Fourth Motion to Compel [Doc. # 180] is DENIED without

prejudice.

Dated May 27, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge