**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for
ANGELA BREAM,
GREG CATLETT,
GORDON CUMMINGS,
VERA GUION
MARY RODGERS, and
TINO VALENCIA,
SHARON HARRISON, and
MICHELLE BOWER and MICHELLE BOWER, as legal guardians for RANDY BOWER,

  Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a THE MENTOR NETWORK, its successors and its assignees,
REM COLORADO, INC., its successors and assignees, and
JAN BLOSSER

  Defendants.

## MINUTE ORDER[1]

  The matter is before the court on **REM Defendants' Motion For Leave To File Multiple Dispositive Motions And to Exceed Page Limits** [#210] filed June 29, 2011. The motion is **GRANTED** and the brief [#215] in support of motions to dismiss and for summary judgment is accepted for filing.  In addition, defendants REM Colorado, Inc. and National Mentor Holdings, Inc. jointly may file separate motions to dismiss and for summary judgment.  Each such motion shall address the claims of only one of the plaintiff claimants, and shall be limited to 20 pages.  The court will consider the defendants' brief [#215] when resolving each of the separate motions to dismiss and for summary judgment.

  Dated:  June 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.