IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream,
Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia, and
SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ THE MENTOR NETWORK, its successor
and its assignees
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to a **Notice of Settlement Regarding Ward Tino Valencia** [doc. 227;filed July 14, 2011] and **Notice of Settlement Regarding Plaintiff Tino Valencia** [docket no. 228, filed July 14, 2011], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **October 12, 2011**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that in light of the resolution of this matter with regard to Tino Valencia, the **Joint Motion to Compel Responses to Defendants' First Set of Interrogatories to Plaintiff Tino Valencia** [188] is DENIED AS MOOT, **The Defendants' Joint Motion to Compel Response to Defendants' Second Set of Requests for Production of Documents to Plaintiff Tino Valencia** [200] is DENIED AS MOOT, and **REM Defendants' Motion to Stay Discovery Regarding Tino Valencia** [216] is DENIED AS MOOT.

DATED: July 14, 2011