IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream, Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia, and SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ THE MENTOR NETWORK, its successor and its assignees
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Deny Without Prejudice, as Moot, Joint Motion to Compel Deposition Responses of Michelle Bower and Sharon Harrison** [docket no. 246, filed July 28, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The **Defendants' Joint Motion to Compel Deposition Responses of Michelle Bower and Sharon Harrison [205]** is DENIED AS MOOT.

DATED: July 29, 2011