IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for Angela Bream, Greg Catlett, Gordon Cummins, Vera Guion, Mary Rodgers and Tino Valencia, and SHARON HARRISON and MICHELLE BOWER, as legal guardians for Randy Bower

Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a/ THE MENTOR NETWORK, its successor and its assignees
REM COLORADO, INC., its successors and assignees; and
JAN BLOSSER,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Notice of Settlement of All Claims** [docket no. 259, filed August 30, 2011], it has come to the attention of the Court that this matter has been resolved.

      IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **November 30, 2011**, or a status report addressing why dismissal has not been accomplished.

      IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **VACATED**.

      IT IS FURTHER ORDERED that the following motions are DENIED AS MOOT: **Plaintiffs' Consolidated Motion to Compel REM/Mentor to Provide Responsive Answers and Documents to Discovery Requests** [183], **Defendants' Joint Motion to Compel Responses to Defendants' First Set of Interrogatories to Plaintiff Randy Bower** [186], and **Defendants' Joint Motion to Modify the Scheduling Order** [193].

DATED: August 31, 2011