**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01144-REB-BNB

THE ARC OF THE PIKES PEAK REGION, as legal guardian for
ANGELA BREAM,
GREG CATLETT,
GORDON CUMMINGS,
VERA GUION
MARY RODGERS,
TINO VALENCIA, and
SHARON HARRISON and MICHELLE BOWER, as legal guardians for RANDY BOWER,

    Plaintiffs,

v.

NATIONAL MENTOR HOLDINGS, INC., d/b/a THE MENTOR NETWORK, its successors and its assignees,
REM COLORADO, INC., its successors and assignees, and
JAN BLOSSER

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Amended Stipulation For Dismissal With Prejudice of All Claims** [#266][1] filed October 21, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

---

[1] "[#266]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Stipulation For Dismissal With Prejudice of All Claims** [#266] filed October 21, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for March 16, 2012, is **VACATED**;

3. That the jury trial set to commence April 2, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 21, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge